# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 04-cv-2340-REB-BNB

UNITED STATES OF AMERICA, and
the STATE OF COLORADO,

    Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD, (HCMP), d/b/a
O'HARA REGIONAL CENTER FOR REHABILITATION, limited partnership;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC., a corporation;
SOLOMON HEALTH MANAGEMENT, LLC, (Solomon), d/b/a SOLOMON HEALTH SERVICES, LLC,  limited liability companies;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG, and
V. ROBERT"ROB" SALAZAR, individuals,

    Defendants.

## MINUTE ORDER

On November 18, 2005, the plaintiffs filed their Second Amended Complaint. The filing of the Second Amended Complaint moots two motions filed by defendant Salazar concerning the First Amended Complaint.  Therefore, the following two motions are **DENIED** as moot: 1) Salazar's Motion to Dismiss for Failure to File Certificates of Review [#106], filed October 28, 2005; and 2) Salazar's Motion to Dismiss and/or Motion for Summary Judgment [#119], filed November 4, 2005.

The parties' Joint Motion for an Extension of Briefing Deadlines [#123], filed November 14, 2005, is also **DENIED** as moot.  In that motion, the parties sought extensions of the briefing deadlines related to Salazar's motions to dismiss and motion for summary judgment, both of which have been denied as moot.

Dated:  November 23, 2005
----------------------------------------------------------------------------------------------------------------