IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02340-REB-BNB

UNITED STATES OF AMERICA, AND
THE STATE OF COLORADO,

Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD., (HCMP), d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, a limited partnership,
ORCR, INC., d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC., a corporation,
SOLOMON HEALTH MANAGEMENT, LLC (Solomon), d/b/a SOLOMON HEALTH SERVICES, LLC, limited liability companies,
HERSCH "ARI" KRAUSZ,
DAVID SEBBAG, and
V. ROBERT "ROB" SALAZAR, individuals

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion for Leave to File a Corrected Response Brief** (the "Motion"), filed on November 30, 2005.

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is to accept for filing the **"Plaintiffs' Corrected Response to Defendant Salazar's Motion to Compel"**, which is attached to docket entry no. 138.

IT IS FURTHER ORDERED that docket entry no. 134, **Plaintiffs' Response to Defendant Salazar's Motion to Compel** is STRICKEN.

DATED: December 1, 2005