IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.04-cv-02340-REB-BNB | Date: December 12, 2005 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| USA, et al., | Edwin Winstead Jr. |
| | Kevin Traskos |
| | Robert Douglas |
| Plaintiffs, | |
| v. | |
| HEALTH CARE MANAGEMENT | Richard Waltz |
| PARTNERS, LTD, et al., | Ronald Nemirow |
| | Jennifer Forsyth |
| Defendants | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:    10:38 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Motion to compel discovery by defendant V. Robert(Rob) Salazar(11/02/05 #109) is TAKEN UNDER ADVISEMENT.**

**ORDERED: Motion for protective order by defendant V. Robert(Rob) Salazar(11/4/05 #116) is TAKEN UNDER ADVISEMENT.**

Court in Recess    12:29 p.m.

Hearing concluded.

Total In-Court Time:  01:51