**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2340-REB-BNB

UNITED STATES OF AMERICA, and
the STATE OF COLORADO,

    Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD, (HCMP), d/b/a
O'HARA REGIONAL CENTER FOR REHABILITATION, limited partnership;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC., a corporation;
SOLOMON HEALTH MANAGEMENT, LLC, (Solomon), d/b/a SOLOMON HEALTH SERVICES, LLC,  limited liability companies;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG, and
V. ROBERT"ROB" SALAZAR, individuals,

    Defendants.

---

## MINUTE ORDER

---

    Defendant V. Robert Salazar's Motion for Summary Judgment on the Sixth and Eighth Claims for Relief [#168], filed December 16, 2005, is STRICKEN for failure to comply with the format and content requirements of REB Civ. Practice Standard V.H.3.b.  Defendant shall have until **January 5, 2006**, in which to re-file its motion in compliance with this practice standard.

Dated:  December 19, 2005
-----------------------------------------------------------------------------------------------------------------