**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02340-REB-BNB

UNITED STATES OF AMERICA, and
the STATE OF COLORADO,

    Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD, (HCMP), d/b/a
O'HARA REGIONAL CENTER FOR REHABILITATION, limited partnership;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC., a corporation;
SOLOMON HEALTH MANAGEMENT, LLC, (Solomon), d/b/a SOLOMON HEALTH SERVICES, LLC,  limited liability companies;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG, and
V. ROBERT"ROB" SALAZAR, individuals,

    Defendants.

---

MINUTE ORDER[1]

---

    Defendant V. Robert Salazar's Motion to Reconsider Unopposed Motion for Extension of Time to Reply to Plaintiffs' Response to His Motion to Dismiss [#210], filed January 24, 2006, is DENIED.  Under REB Civ. Practice Standard II.G.1, an agreement of counsel, press of business, and scheduling conflicts do not constitute good cause, unless those circumstances are unanticipated and unavoidable.  The defendant has not demonstrated good cause in his motion to reconsider.

Dated:  January 25, 2006

-------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge, District of Colorado.