IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02340-REB-BNB

UNITED STATES OF AMERICA, AND
THE STATE OF COLORADO,

Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD., (HCMP), d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, a limited partnership,
ORCR, INC., d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC., a corporation,
SOLOMON HEALTH MANAGEMENT, LLC (Solomon), d/b/a SOLOMON HEALTH SERVICES, LLC, limited liability companies,
HERSCH "ARI" KRAUSZ,
DAVID SEBBAG, and
V. ROBERT "ROB" SALAZAR, individuals

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion by Defendants HCMP, ORCR, Krausz, Sebbag, and Solomon to File an Amended Response to the United States' Motion to Compel Production of O'Hara Quality Assessment Documents** (the "Motion"), filed on April 7, 2006.

      IT IS ORDERED that the Motion is GRANTED and docket entry no. 236 is accepted as the Amended Response to the Motion to Compel (docket entry no. 228), and docket entry no. 234 is stricken.

DATED: April 12, 2006