**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 04-cv-02340-REB-BNB

UNITED STATES OF AMERICA, and
the STATE OF COLORADO,

     Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD, (HCMP), d/b/a
O'HARA REGIONAL CENTER FOR REHABILITATION, limited partnership;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC., a
corporation;
SOLOMON HEALTH MANAGEMENT, LLC, (Solomon), d/b/a SOLOMON HEALTH
SERVICES, LLC,  limited liability companies;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG, and
V. ROBERT"ROB" SALAZAR, individuals,

     Defendants.

---

## ORDER CONCERNING SETTLEMENT AND PENDING MOTIONS

---

**Blackburn, J.**

     United States Magistrate Judge Boland reported today that the parties have

reached a global settlement in this case, which settlement will resolve all claims against

and among all parties.  Settlement documents are to be filed with the court by October

11, 2006.  In light of the reported settlement, I deny without prejudice the several

pending motions in this case.  If the reported settlement is not consummated, a party

may renew any motion previously filed by that party and affected by this order by filing a

brief motion that the motion be reinstated.

**THEREFORE, IT IS ORDERED** that the motions docketed as docket numbers

[#93], [#169], [#178], [#180], [#223], [#227], [#228], [#243], [#260], [#261], [#262],

[#263], [#264], [#265], [#266], [#267], [#269], [#270], and [#294], each are **DENIED**

without prejudice.

    Dated September 27, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**