# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 04-cv-02340-REB-BNB

UNITED STATES OF AMERICA, and
the STATE OF COLORADO,

     Plaintiffs,

v.

HEALTH CARE MANAGEMENT PARTNERS, LTD, (HCMP), d/b/a
O'HARA REGIONAL CENTER FOR REHABILITATION, limited partnership;
ORCR, INC. d/b/a O'HARA REGIONAL CENTER FOR REHABILITATION, INC., a
corporation;
SOLOMON HEALTH MANAGEMENT, LLC, (Solomon), d/b/a SOLOMON HEALTH
SERVICES, LLC, limited liability companies;
HERSCH "ARI" KRAUSZ;
DAVID SEBBAG, and
V. ROBERT"ROB" SALAZAR, individuals,

     Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before the court is the **Stipulation of Dismissal With Prejudice**

**Pursuant to Rule 41(a)(1)(ii)** [#338], filed September 29, 2006.  After careful review of

the stipulation and the file, the court has concluded that the stipulation should be

approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal With Prejudice Pursuant to Rule**

**41(a)(1)(ii)** [#338], filed September 29, 2006, is **APPROVED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for February 2, 2007, is **VACATED**; and

4.  That the jury trial set to commence February 19, 2007, is **VACATED**.

Dated October 2, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge